# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-00363-13-CR-SJ-DGK |
| ) | |
| CHRYSTAL GAIL HALL, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. 674), to which there has been no timely objection, the plea of guilty by the Defendant to Counts One and Two of the Superseding Indictment filed on November 15, 2013, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: December 11, 2015